# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Action |
| RICARDO ALFREDO LIEVANO and ARTURO ) | No. 25-cr-10094-PBS |
| MEDINA SERRANO, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF RECUSAL

September 16, 2025

Saris, J.

Pursuant to 28 U.S.C. § 455(a), I recuse myself from this case and direct the clerk forthwith to reassign the case randomly to another District Judge.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge

1